CW
555

1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2   Name  MARLOW        JAMES         G.

3         (Last)              (First)              (Initial)

FILED

NOV 2 7 2007

4   Prisoner Number  E-32700

5   Institutional Address  SAN Quentin State Prison, CA. 94974

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7                          **UNITED STATES DISTRICT COURT**
8                          **NORTHERN DISTRICT OF CALIFORNIA**

9   James Gregory MARLOW
    (Enter the full name of plaintiff in this action.)

CV 07      5965

10              vs.                          Case No. _____
                                            (To be provided by the Clerk of Court)

11  R.L. AYERS JR, WARDEN SQ

12  Asso. Warden D. OKAWAY,              **COMPLAINT UNDER THE**
                                         **CIVIL RIGHTS ACT,**
13  Capt. R.W. Fox                       Title 42 U.S.C § 1983

14  SGt. Holt, Lt Puckett, Lt Leo etc    CW
    (Enter the full name of the defendant(s) in this action)                    (PR)

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.    Exhaustion of Administrative Remedies.

18        [**Note:** You must exhaust your administrative remedies before your claim can go

19        forward.  The court will dismiss any unexhausted claims.]

20        A.    Place of present confinement  San Quentin state Prison CA.

21        B.    Is there a grievance procedure in this institution?

22                    YES (✓)      NO ( )

23        C.    Did you present the facts in your complaint for review through the grievance

24              procedure?

25                    YES (✓)      NO ( )

26        D.    If your answer is YES, list the appeal number and the date and result of the

27              appeal at each level of review.  If you did not pursue a certain level of appeal,

28              explain why.

COMPLAINT                          - 1 -

1. Informal appeal STAFF Complaint Response #CSQ-07008is
Also O-OAcanay marked PartiAlly Granted.
But SQ staff keep Threatening to kill me for my legal mail.

2. First formal level _____
_____ ll _____
_____ ll _____

3. Second formal level Signed in wardens place
cant make out the name? AGAin marked R-Granted.
STAFF Are lieing And Playing Games.

4. Third formal level Directors Level stamped Nov 2-07
Received by me 11-13-07 SQ marked Denied
Threats over mail And Legal visits continue.

E.    Is the last level to which you appealed the highest level of appeal available to
      you?

            YES (X)      NO ( )

F.    If you did not present your claim for review through the grievance procedure,
explain why. _____
_____ N/A _____
_____

II.  Parties.

A.    Write your name and your present address. Do the same for additional plaintiffs,
      if any.

James G. Marlow E-32700 San Quentin State Prison
Housing 2-EAST Block. 76.

B.    Write the full name of each defendant, his or her official position, and his or her
      place of employment.

R.L.Ayers Sr warden SQ Prison. ABSO warden O, Dacanay
SQ Prison

COMPLAINT                          - 2 -

1   Lt. Pickett, SQ Prison Sgt. Holt. SQ East Block.

2

3

4

5   III.    Statement of Claim.

6       State here as briefly as possible the facts of your case. Be sure to describe how each

7   defendant is involved and to include dates, when possible. Do not give any legal arguments or

8   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9   separate numbered paragraph.

10  Alot of my info is Respectfully logged in on civil

11  writ with said Hon court #4:07-CV-03655-CW

12  Filed 7-Jul-07 A 10-58Am without exhusted Prison

13  Appeal Attached And Reason stated.

14  This is An Emergency Life Threatening situation.

15  Associate Warden Mr. D. Racensly capt. R.W. Fox. Lt. Mr.

16  Pickett w/m. w/m Sgt Holt. And Many officers And

17  some psych staff Promise I'll be killed for my Legal

18  mail And Legal visits with Fed Pub. Defender LA, CA

19  Legal staff working on my CAPAtIAL Appeal in CA.

20  Please. I'd never kill myself or harm staff. Also

21  yard situps Are threatened by Sgt. Holt etc. when I

22  name a sut. or Lt. they often switch an Do the same things!

23  IV.    Relief.

24      Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  I'd Like the Hon court to order these SQ staff to

27  stop threatening me for mail And visits And

28  And investigate these matters or Duress for

COMPLAINT                           - 3 -

Normal Due Process. And make staff involved pay for the Acute stress I've been subjected to.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __13__ day of __Nov__ , 20 __07__

_James Gregory Marlin_
(Plaintiff's signature)

COMPLAINT                          - 4 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR PRISONER'S
## IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date:  NOV 0 7 2007

In re:  James Marlow, E32700
California State Prison, San Quentin
San Quentin, CA 94964

IAB Case No.: 0705205          Local Log No.: SQ-07-00815

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner Rick Manuel, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that he has been subjected to staff misconduct by numerous custodial staff. The appellant relates that on February 18, 2007, Correctional Officer (CO) J. Ward and CO R. Moore stood in front of his cell and asked, "Going to the yard Marlow, you know that we're gonna suicide ya for all that mail." The appellant states that he did not respond and he did not go to the yard. On February 19, 2007, several officers passed by his cell during yard release stating, "Marlow your gonna die for all that mail out of San Quentin State Prison (SQ), you were warned." The appellant requests on appeal that he be afforded a polygraph exam and that supervisory staff take control of their subordinates, and calm them down.

**II   SECOND LEVEL'S DECISION:** The reviewer found that the appellant has not been subjected to misconduct on the part of named staff. The reviewer affirms that appropriate supervisory staff have been assigned to conduct an appeal inquiry into this matter. The inquirer reviewed the submitted material and interviewed the involved parties. In that an appeal inquiry has been conducted into the appellant's concerns, the reviewer considers the appeal granted in part at the Second Level of Review (SLR).

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A. FINDINGS:** Upon review of the documentation submitted, it is determined that the appellant's allegations have been reviewed and evaluated by administrative staff and an appeal inquiry has been completed at the SLR.

In the event that staff misconduct was substantiated, the institution would take the appropriate course of action. All staff personnel matters are confidential in nature and not privy to the inquiries of other staff, the general public or the inmate population, and would not be released to the appellant. However, upon completion of final review, or culmination of an investigation, the appellant is to be notified by the respective investigative body that an inquiry has been completed. On October 26, 2007, the examiner reviewed the related confidential report and determined that staff fully complied with the requirements of Administrative Bulletin 05/03.

**B. BASIS FOR THE DECISION:**
California Penal Code Section: 832.7, 832.8
California Code of Regulations, Title 15, Section: 3004, 3391

**C. ORDER:** No changes or modifications are required by the Institution.

JAMES MARLOW, E32700
CASE NO. 0705205
PAGE 2


This decision exhausts the administrative remedy available to the appellant within CDCR.



N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, SQ
       Appeals Coordinator, SQ

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location:  Institution/Parole Region          Log No.              Category

1. _____ SQ _____          1. _____ 07-00815 _____          (1)

2. _____          2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly. C/O S. R Ward, Modue, C. M. Love, CC Clark

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| James G. Marlow | E-32700 | Condemned | 2-EB-76 |

**A. Describe Problem:** Staff are threating to kill me as a suicide

or heartack for mail out of SQ Prison

And 602 appeals.

Attached info. And Officer involved Name list.

If you need more space, attach one additional sheet.

**B. Action Requested:** To be Given some kind of lie test.
And Also. have the staff leaders. calm these
And other Officers down, I Repent for stiring them
Up. But I have to have my mail. Respectfully.

Inmate/Parolee Signature: James G. Marlow          FEB 26 REC'T          Date Submitted: 2-19-07

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

Bypass

Staff Signature: _____          Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Bypass

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

First Level ☐ Granted ☑ P. Granted ☐ Denied ☐ Other **FEB 26 2007**

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: **APR 0 9 2007**

Interviewed by: _____

_____ See attached _____

_____

_____

_____

Staff Signature: _Signature on attachment_ Title: _____ Date Completed: _____

Division Head Approved: _D.J. Dang_ **APR 05 REC'D** Returned

Signature: _____ Title: _AW_ **APR 0 6 REC'D** Date to Inmate: 4/5/07

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Respectfully, Just what is P-Granted? staff work together on this old cat mouse game of "It's all in marlow's mind." I'm not Paranoid. I'm concerned because of staff threats of staged suicides, induced heartacks etc. Per Mail.

Signature: _James H. Marlow_ **APR 27 REC'D** Date Submitted: 4-10-07

Second Level ☐ Granted ☑ P. Granted ☐ Denied ☐ Other **APR 27 2007**

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: **MAY 25 2007**

☑ See Attached Letter

Signature: _B. Chandler-Greanay_ Date Completed: 7-10-7

Warden/Superintendent Signature: _____ **JUL 2 0 REC'D** Date Returned to Inmate:

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Staff continue to lie and play the mental health game. Many staff discuss me, my mail, my harms in unit meetings, I believe, because when they come out of them, many threaten me. I have the right to live without the threat of harm. Respectfully, I'm not suicidal nor Paranoid.

Signature: _James G. Marlow_ Date Submitted: 8-2-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☑ Denied ☐ Other _____

☑ See Attached Letter

Date: **NOV 0 7 2007**

CDC 602 (12/87)

_I believe mail is my mind_ (left margin)

_See attachment._ (right margin)

James G. Marlow E-32700
San Quentin State Prison
San Quentin — CA. 94974
cell 2-East Block #76

Copy-family
state board personal
press
SQ

C.DoC. Officer Death Threats SQ Prison

On 2-18-07 white male officer Mr. Ward working
2nd floor bayside East Block was unlocking cell
doors for yard release — while standing in front
of my cell 2-EB-76 with Black male officer Mr. More —
Both men stated — Going to yard Marlow — And you
know we're gonna suicide ya for all that mail.
I did not respond — and they left the area.
I did not go to yard this day!

On 2-19-07 while running yard again Officer ms
Thompson and ms Love — while passing by cell 2-EB-76
and officer ~~Bane~~ Mr. Bane — ~~xxxxxxxxxx~~ Mr. Clark.
Mr. Crestline and others remarked — Marlow your
gonna die for all that mail out of SQ —
You were warned!

I will be happy to submit to any type of lie test with
these officers about staff threats to kill Marlow — or
on have me killed! Respectfully.     James L. Marlow
E-32700 2-19-07

4-12-07

Emergency Attachment
602 APPEAL    CSQ-6-0700815
Answer to APRIL 1st 07 Staff Response

MAIL ISSUE— I Receive About one letter
A month!
I write my wife Alot — Bro's sis! And many
Pen PALs.

MAybe it's Just A Flux but my wife has
CALLed SQ befor About 16 day old MAIL not
yet Leaving the Prison!

So it's Possible MAIL is being Returned to sender
or stored up somewhere in SQ or East Block.

it's Not Normal for my MAIL to be one letter A
Month or take 16 days to be mailed out of SQ
CAn you help me out? Please,

Respectfully
J. G. Marlow
E-32700
2-EB-76

SEE BACK PAge
←

STAFF SAY that I SAY that they want me to Kill myself over the mail and state food. That is not what is GOING ON in SQ.

Staff SAY they will Kill me OR have Another inmate Do it to me, while I'm subdued by staff and Later officer's will claim I Killed myself.

If Marlow turns in U.S. stamped mail or eats state food — he will commit suicide!

Staff say this stuff to me?

Lets All take A lie test!

Sincerely

J. G. Marlow
E-32700
2-EB-76
4-12-07

`State of California

California Department of Corrections and Rehabilitation

# Memorandum

Date  :  April 1, 2007

To  :  **MARLOW (E-32700)**
**2-EB-76**

Subject:  **STAFF COMPLAINT RESPONSE - APPEAL # CSQ-6-0700815**

**APPEAL ISSUE:** In your appeal you allege on Sunday, February 18, 2007, Officer J. Ward was preparing for yard release unlocking cells doors on the 2nd tier bayside. Officer Ward and Officer R. Moore were standing in front of your cell (2-EB-76) when both officers asked you, "Going to yard MARLOW, and you know we're gonna suicide ya for all that mail." MARLOW claims he did not respond to the comments and did not go to yard for that day. Additionally, on Monday, February 19, 2007, MARLOW alleges during yard release staff (Officers G. Thomson, C. Love, D. Baine, Z. Clark, D. Chrystaline and other unidentified staff) passed by your cell and stated, "MARLOW your gonna die for all that mail out of SQ, you were warned."

**DETERMINATION OF ISSUE:** A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal has been handled as follows:

☒ PROCESSED AS A STAFF COMPLAINT APPEAL INQUIRY
☐ REFERRED TO THE OFFICE OF INTERNAL AFFAIRS (Note: You will be notified of the conclusion of any internal affairs investigation)

**SUMMARY FOR APPEAL INQUIRY:**
On Tuesday, March 13, 2007, I interviewed inmate MARLOW (E-32700), in the East Block Lieutenant's office in reference to CDC602 Log # CSQ-6-07-00815. During the interview I had Officer Perez exit my office in an effort to give MARLOW privacy to explain his issues and concerns. MARLOW attempted to explain he has issues of being paranoid. On occasion inmates on his assigned tier (2-EB-76) have told him staff wants him to commit suicide because he sends out too much mail. However, MARLOW would not identify these inmates by name to support or substantiate his allegations. Additionally, MARLOW said he overheard staff walk by his cell and threaten him by saying he was going to commit suicide if he did not stop sending out all his mail. During the interview MARLOW would not identify staff by name but was extremely apologetic saying he did not want to cause any trouble. I asked MARLOW if he has been taking medication and he confirmed that he was. I informed MARLOW that I was concerned about his paranoia and that I was going to refer him for a mental health evaluation because of self-admission of being paranoid. MARLOW stated he did not like talking to the psychologist but nodded his head as if to agree with my referral. I asked MARLOW if he had any issues with a specific staff member or had difficulty sending out or receiving his mail. MARLOW confirmed he did not have any issues with staff and has not had any problems with his mail.

Appeal Log #CSQ-6-07-00815
Inmate MARLOW (E-32700)

**FINDINGS FOR AN APPEAL INQUIRY:**
Your appeal is PARTIALLY GRANTED at the ☒ First level ☐ Second level, as an inquiry into your allegation has been conducted. ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, results of any inquiry/investigation will not be shared with staff, members of the public, or inmates. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Director's Level of Review. Once a decision has been rendered at the Director's Level of Review, your administrative remedies will be considered exhausted.

Please print and sign below:

D. DACANAY                              4/3/07
Warden/CDW/HCM (Second Level)  AW/Med. Mgr. (First Level)      Date

D. Dacanay

``State of California  .

# Memorandum

Date  :  July 10, 2007

To  :  MARLOW, E-32700
2-EB-76, CSP SAN QUENTIN STATE PRISON

Subject:  **STAFF COMPLAINT RESPONSE - APPEAL # 07-815**

### APPEAL ISSUE:

Appellant filing this complaint alleges that on Sunday, February 18, 2007 J. Ward, Correctional Officer was preparing for yard release unlocking cell doors on the 2nd tier Bayside. Officer Ward and Officer R. Moore were standing in front of the appellant's cell (2-EB-76) when both officers stated, "Going to yard Marlow, and you know we're gonna suicide ya for all that mail." Appellant claims he did not respond to the comments and did not go to the yard that day. Additionally, on Monday, February 19, 2007 Appellant alleges during yard release staff (Officers G. Thomson, C. Love, D. Baine, Z. Clark, D. Chrystaline and other unidentified staff) passed his cell and stated, "Marlow your goanna die for all that mail you send out of San Quentin, you were warned."

### DETERMINATION OF ISSUE:

A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal has been handled as follows:

 PROCESSED AS A STAFF COMPLAINT APPEAL INQUIRY
☐ REFERRED TO THE OFFICE OF INTERNAL AFFAIRS (Note: You will be notified of the conclusion of any internal affairs investigation)

### SUMMARY FOR APPEAL INQUIRY:

You were interviewed on March 13, 2007 by E. Hodgkin, Correctional Lieutenant and stated you have issues of being paranoid. On occasion inmates on your assigned tier (2-EB-76) have told you staff wants you to commit suicide because you send out too much mail. However, Appellant would not identify the inmates by name to support or substantiate his allegations. Additionally, appellant said he overheard staff walk by his cell and threaten him by saying he was going to commit suicide if he did not stop sending out all his mail. During the interview the appellant would not identify staff by name but was extremely apologetic saying he did not want to cause any trouble.

MARLOW, E-32700
2-EB-76, CSP SAN QUENTIN STATE PRISON
Page-2

The reviewer asked the appellant if he has been taking medication and appellant confirmed that he was. The reviewer informed the appellant that he was concerned about appellant's paranoia and that he was going to refer the appellant for a mental health evaluation because of the appellant's self-admission of being paranoid. Appellant stated he did not like talking to the psychologist but nodded his head as if to agree with the referral. Appellant was asked if he had any issues with a specific staff member or had difficulty sending out or receiving his mail, which the appellant confirmed he did not have any issues with staff and has not had any problems with his mail. The following witness(es) were questioned: N/A. The following information was reviewed as a result of your allegations of staff misconduct: Appellant's appeal dated February 19, 2007 and the Confidential Supplement to Appeal.

**FINDINGS FOR AN APPEAL INQUIRY:**
Your appeal is PARTIALLY GRANTED at the ☒ Second level, as an inquiry into your allegation has been conducted. ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, results of any inquiry/investigation will not be shared with staff, members of the public, or inmates. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Director's Level of Review. Once a decision has been rendered at the Director's Level of Review, your administrative remedies will be considered exhausted.

Please print and sign below:

_____          7-20-07
Warden (Second Level)                        Date

ON: 8-17-07 East Block Death Row SQ
I James. G. Marlow E-32200 Gave A
Note to 3rd shift c/m Officer Mr.
Hagel 2nd fl Bay cell At About
1:45 or 2:00 Pm
which stated that I'm Afraid I'll be
Killed As A staged suicide, "By staff
I meant"
And I need to see the SQ Hospr
on call Psych Dr.
who I do not trust Very Much
As. A/w Mr. O'Avery who has Promised
on 7-13-07 to have me Killed ~ via
his CDC. Lts SGts~ and Officers As
well As inmates on Psych staff
for not giving up my mail or food
when staff have ordered it.
off And on over the years at SQ
And CMF. I swear All Is true And I'll
Never Kill self or Another in Prison J-G.
Marlow

officer ms Ruton And many others Are now talkinet
bad About CAPt. Richw Fox _ And that MR. D. DACANAY
the A/w has taken OVER the marlow kill/control
Program _

this is CA. Dept. OF Correctiones policy _ Ror certin
Prisoners At certin times to Give up their

state Food And U.S. stamped mail.

So _ Even if this Parson was filled up with
New staff from Low Level Low security

Prisones _ they would PLAY the same Politics
As the old SQ/cmF _ etc _ STAFF

mail Control/Food Control on marlow and
others on else! staged suicide _ induced
heartttack's _ shootings _ Yard setups _ etc _
staged Fatal Accidents _ induced illnesses _
Death or harm by any means necessary
For not Giving up mail And Food.

this has Gone on For Years at SQ. different
STAFF/ same Game.
C.D.C. will often play little staff switch Games
To fool everyone And still do the same stuff
I Remain Now suicidal etc good health _ ok
No matter what! Respectfully

8-2-07

PO BOX 942883
SACRAMENTO, CA. 94283-0001
602 Appeal Log # 07-00815 And Attachments.


James G. Marlow E-32700
San Quentin State Prison CA. 94974
Condemned Row -


Dear Staff
        I respectfully submit, That many C.D.C
Staff - Like current Asso. Warden Mr. D. Dacanay
And Capt. R.W. Fox Personally threaten me over

My out of Prison Mail! sometimes, the Pressure
will stop For A while - And different staff
will Again take up the No mail For Marlow

And if Marlow continues to Accept even
offered state food - he will be killed As
Prewarned or by Any means Necessary -

And All Staff will have to do is Conduct A
usual 30 day cover up investigation.

Some mental health staff Are the pupets of
CDC. costudy officals - make false Reports - give
meds where their really Not Required -

I only want to Live - And without the Threat of harms
For My freedom of Speech And 14th Amend Due
Process. Like every one else. Respectfully
                                    J.G. Marlow E-32700

*(left margin, written vertically):* Note, Prisoners are not My Prod Pem! It is costudy staff -

**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2nd STREET
LOS ANGELES, CALIFORNIA 90012-4202
213-894-2854
213-894-0081 FAX

**SEAN K. KENNEDY**
*Federal Public Defender*

**MARK R. DROZDOWSKI**
*Supervising Attorney*
*Capital Habeas Unit*

Direct Dial: 213-894-5059

August 10, 2007

Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief Inmate Appeals

Re:    James Gregory Marlow
       CDC No. E-32700
       San Quentin State Prison

To Whom It May Concern:

Enclosed, please find an appeal of a Form 602 that my client, Mr. Marlow, wishes to file. I also enclose attachments that Mr. Marlow wishes to include.

Please feel free to address your response to my attention, or to Mr. Marlow directly. Mr. Marlow and I look forward to your attention to this matter.

Sincerely,

Alexandra W. Yates

Alexandra Yates
Deputy Federal Public Defender

Encl.

cc: James Gregory Marlow

REPORT ID: TS3030                                    REPORT DATE: 07/25/07
                                                     PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          SAN QUENTIN PRISON
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: FEB. 01, 2007 THRU JUL. 25, 2007

ACCOUNT NUMBER : E18700                    BED/CELL NUMBER: EB2 000000000076S
ACCOUNT NAME   : MARLOW, JAMES GREGORY     ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                          TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 02/01/2007 | | BEGINNING BALANCE | | | | | 0.30 |
| 02/06 | FR01 | CANTEEN RETUR | 602812 | | | 0.47- | 0.77 |
| 03/01 | D300 | CASH DEPOSIT | 3040/R&R | | 150.00 | | 150.77 |
| 03/10 | W535 | DENTAL CHARGE | 3160/1/17 | | | 5.00 | 145.77 |
| 04/18 | D300 | CASH DEPOSIT | 3608/R&R | | 50.00 | | 195.77 |
| 05/07 | FC03 | DRAW-FAC 3 | 3781LCKUP1 | | | 50.00 | 145.77 |
| 05/09 | W415 | CASH WITHDRAW | 3809MARLOW 187066678 | | | 150.00 | 4.23- |
| 06/05 | FR01 | CANTEEN RETUR | 604141 | | | 0.30- | 3.93- |

                          TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.30 | 200.00 | 204.23 | 3.93- | 0.00 | 0.00 |

                                          CURRENT
                                          AVAILABLE
                                          BALANCE
                                          -------------
                                            3.93-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.  7-25-07
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  Larry Ward
TRUST OFFICE