Case 4:07-cv-05965-CW    Document 1-2    Filed 11/27/2007    Page 1 of 1

