FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Gregory Manlow )
                Plaintiff, )    CASE NO. CV 07 5965 CW (PR)
                            )
vs.                         )    PRISONER'S
Warden R.L. Ayers Jr.       )    APPLICATION TO PROCEED
                            )    IN FORMA PAUPERIS
                Defendant.  )

I, James G. Manlow, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____N/A____ Net: _____

Employer: ____N/A____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Barstow, CA, microwave tellephone_____
5  _____towers  5:00 $ an hr._____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or            Yes ___ No ✓
10         self employment
11    b.   Income from stocks, bonds,         Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                     Yes ___ No ✓
14    d.   Pensions, annuities, or            Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments, Yes ___ No ✓
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____N/A_____
22 _____

23 3.   Are you married?                      Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____N/A_____
28 4.   a.   List amount you contribute to your spouse's support: $ ___N/A___

P. TO PROC. IN FORMA PAUPERIS                 -2-

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  _____ N/A _____
6  _____

7  5. Do you own or are you buying a home?   Yes ___  No ✓
8  Estimated Market Value: $ N/A  Amount of Mortgage: $ N/A
9  6. Do you own an automobile?   Yes ___  No ✓
10 Make N/A   Year N/A   Model N/A
11 Is it financed? Yes ___  No ___  If so, Total due: $ ___
12 Monthly Payment: $ N/A
13 7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ___ Amount: $ 30.00
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____ N/A _____
21 8. What are your monthly expenses?
22 Rent: $ N/A   Utilities: _____
23 Food: $ N/A   Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____   $ N/A   $ _____
27 _____   $ _____   $ _____
28 _____   $ _____   $ _____

1  9.    Do you have any other debts?  (List current obligations, indicating amounts and to
2  whom they are payable.  Do not include account numbers.)
3  _____N/A_____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ✓  No ____
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  #4:C-07-CV-03655-CW with Hon USiDist Court
10  Nort Dist cA. 450 Golden Gate Ave. 94102

11        I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  11-13-07                    James Gregory Marlow
17      DATE                      SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                        [Authorized officer of the institution]

4. Do you have cash or checking or savings accounts?  ☐ Yes  ☐ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☐ No

If "Yes" describe the property and state its value _____

6. Do you have any other assets?  ☐ Yes  ☐ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

_____     _____
DATE                                SIGNATURE OF APPLICANT

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ **-3.93** on account to his/her credit at **San Quenton Prison** (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ **57.74** I further certify that during the past six months the average of monthly deposits to the applicant's account was $ **33.33**

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

**7-25-07**                         *Larry Ward*
_____     _____
DATE                                SIGNATURE OF AUTHORIZED OFFICER