James G. Mallow E-32700
San Quentin State Prison
San Quentin Calif. 94974

LEGAL

CONFIDENTIAL

LEGAL

C-CV-07-03655-CW

12-2-07

CLERK, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Calif. 94102

UNITED STATES POSTAGE
$ 00.2
02 1M
0004248283    DEC 0
MAILED FROM ZIP CODE 9