# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

James Gregory Mahlow
                    Plaintiff,

vs.

Robert L. Ayers Jr Warden,
                    Defendant.

CASE NO. CV 07 5965 (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, James G. Mahlow, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   _____Microwave teliphone Towers Allanta GA._____
5   _____1986_____
6   _____
7   2.   Have you received, within the past twelve (12) months, any money from any of the
8   following sources:
9       a.   Business, Profession or              Yes ✓  No ___
10           self employment
11      b.   Income from stocks, bonds,           Yes ___ No ___
12           or royalties?
13      c.   Rent payments?                       Yes ___ No ___
14      d.   Pensions, annuities, or              Yes ___ No ___
15           life insurance payments?
16      e.   Federal or State welfare payments,   Yes ___ No ___
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____30.00 dollars in Oct 07 from Fed Public_____
22  _____Defender Los Angeles CA._____
23  3.   Are you married?                        Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1     b.   List the persons other than your spouse who are dependent upon you for
2           support and indicate how much you contribute toward their support. (NOTE:
3           For minor children, list only their initials and ages. DO NOT INCLUDE
4           THEIR NAMES.).
5  _____
6  _____
7  5.   Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?   Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ *None*
17 Do you own any cash? Yes ___ No ✓ Amount: $ *None*
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____
21 8.   What are your monthly expenses?
22 Rent: $ *None Prison* Utilities: *vl*
23 Food: $ *vl* Clothing: *vl*
24 Charge Accounts:
25 Name of Account           Monthly Payment           Total Owed on This Acct.
26 _____     $_____     $_____
27 _____     $_____     $_____
28 _____     $_____     $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

None

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

C-07-CV-0365 Filed Jul 17th 07 U.S. Dist Court

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12-2-07                                James M. Marlor

DATE                                   SIGNATURE OF APPLICANT

1
2                                               Case Number: _C-07-5965-CW_
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                           IN
10                             **PRISONER'S ACCOUNT**
11
12          I certify that attached hereto is a true and correct copy of the prisoner's trust account
                                                          C-32700
13   statement showing transactions of _James Gregory Marlow_ for the last six months
                                              [prisoner name]
14   _San Quentin State Prison_ where (s)he is confined.
         [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _6.65_ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ _35 cents_.
18
19   Dated: _12-10-07_                        _Larry Ward, Sr Acct Officer_
                                              [Authorized officer of the institution]
20                                                        CSP-SQ
21
22
23
24
25
26
27
28

- 5 -

REPORT ID: TS3030.701  
REPORT DATE: 12/10/07  
PAGE NO: 1  

CALIFORNIA DEPARTMENT OF CORRECTIONS  
SAN QUENTIN PRISON  
INMATE TRUST ACCOUNTING SYSTEM  
INMATE TRUST ACCOUNT STATEMENT  

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 10, 2007  

ACCOUNT NUMBER: E72700  BED/CELL NUMBER: FB2 000000000768  
ACCOUNT NAME: MARLOW, JAMES GREGORY  ACCOUNT TYPE: I  
PRIVILEGE GROUP: D  

TRUST ACCOUNT ACTIVITY

| DATE | CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/01/2007 | | BEGINNING BALANCE | | | | | 4.23 |
| 06/05 | FR01 | CANTEEN RETUR | 0632MAILRM | 604141 | | 0.30- | 3.93 |
| 08/15 | D300 | CASH DEPOSIT | 0953BLK-UPT | | 10.00 | | |
| 09/11 | FG03 | DRAW-FAC 3 | 701370 | | | 6.07 | |
| 10/17 | FR01 | CANTEEN RETUR | 1720MAILRM | | | 0.12 | |
| 10/31 | D300 | CASH DEPOSIT | 1842/LAUP1 | | 30.00 | | 30.12 |
| 11/07 | FC01 | DRAW-FAC 3 | | | | 30.00 | |
| 12/10 | FR01 | CANTEEN-RETUR | 702278 | | | 0.42 | 0.42 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 4.23 | 40.00 | 35.15 | 0.42 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE: 0.42

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.  
ATTEST: 12-10-07  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY [signature] Trust Office  
TRUST OFFICE CSP-CSQ