James G. Marlow E-32200
San Quentin State Prison
San Quentin, CA. 94974

CONFIDENTIAL

LEGAL MAIL

07 DEC 12 PM 2:02
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C-CV-07-5965-CW
4:C-CV-07-03655-CW

LEGAL

CLERK, U.S. DISTRICT COURT
Northern District of California
450 Golden Gate Ave
San Francisco, CA. 94102

C-CV-07-5965-CW
C-CV-07-03655-CW

