Clerk. (update, prior lawyer unmaimed) 12-18-07  #1
450 Golden Gate Ave                                    C-07-CV-3655-CW
San Francisco, CA. 94102                               C-07-CV-8565-CW

(Emergency)

RECEIVED
DEC 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: James G. Marlow E-32700
Condemned Row SQ CA.

copy. US Court
family.
Alex Yates
Mr. Romeau etc.
Attorneys

Respectfully submit the following

San Quentin East Block Sgt Mr. Holt w/m and a Lt. Mr. Williams w/m said to me at about 7:15 AM Marlow we're gonna kill you as a suicide before the new year!

Likely Prior to 12-25-07

Note: that even if staff beat me and broke all the bones in my body I'd not harm myself or another person.

Staff put alot of stress w/news on food and mail with excess threats of harm during holidays.

Why? Maybe to show some type of pattern so they can say during such times subject Marlow was more depressed or paranoid etc.

All I know is I've missed their death set ups often inmate w/m Lee Barnet testified the fed court that he saw officer Renolds murder by a shooting set up inmate Mark Adams - after staff promised Adams they would shoot him to death! He told newspapers and family for months! Staff know how to do it. Sincerely J.G. Marlow