James G. Mallow E-32700
San Quentin State Prison
San Quentin, CA. 94974

CONFIDENTIAL
LEGAL MAIL —
— 07-CV-9565-CW
12-18-07

LEGAL MAIL

CLERK, U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA. 94102

C-07-CV-3655-CW
C-07-CV-9565-CW   LEGAL

9410243661 0004

USA FIRST-CLASS FOREVER
0004248283
MAILED FROM ZIPCODE 94964
DEC 19 2007
$00.00